UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 21-520 PLM |
| v. | DETENTION ORDER |
| TAYLOR ANN-MARIE DALY, | |
| Defendant. | |

Defendant Taylor Ann-Marie Daly is charged with two counts in the superseding indictment from the District of Utah. The first count alleges bank fraud in violation of 18 U.S.C. §§ 1344 and 2. The second count alleges aggravated identity theft in violation of 18 U.S.C. §§ 1028A and 2. On September 20, 2021, the Court held a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.  Ms. Daly is a long-time resident of the Seattle area, has stable housing (although confirmation that she can continue to reside in her apartment was not made prior to the hearing), and owns her own business.

2.  Ms. Daly has an extensive criminal history that includes 20 warrants issued for

failing to appear between 2012 and 2015. Ms. Daly also has two outstanding warrants from the District of Hawaii and Skagit County Sheriff's Office.

3.   Ms. Daly has is alleged to have at least two aliases and uses alternative dates of birth. Upon Ms. Daly's arrests, agents alleged that they found stolen checks, stolen identification cards, and credit cards in other people's names.

4.   It is further alleged that when Ms. Daly was arrested in Utah, she was driving a vehicle that had been fraudulently purchased using the stolen identity of a real person.

5.   Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Ms. Daly as required or ensure the economic safety of the community, pending her initial appearance in the District of Utah.

IT IS THEREFORE ORDERED:

(1)   Ms. Daly shall be detained pending initial appearance in the District of Utah and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)   Ms. Daly shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Daley is confined shall deliver Ms. Daly to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for Ms. Daly, to the United States Marshal, and to the United States

Pretrial Services Officer.

Dated this <u>20th</u> day of September, 2021.


_____

MICHELLE L. PETERSON
United States Magistrate Judge